UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| SHANNON D. MILLS, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 1:16-cv-00337 |
| | ) | | REEVES/LEE |
| CHIEF FERGUSON, CORRECTIONS | ) | | |
| CORPORATION OF AMERICA, SGT. PELL, | ) | | |
| OFFICER WALKER, OFFICER STANDEFER, | ) | | |
| and OFFICER EPPERSON, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## O R D E R

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should any Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

E N T E R :

_____
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**

*/s/ DEBRA C. POPLIN*
  CLERK OF COURT